Levi James JACKSON, Petitioner–Appellant,

v.

Charles L. RYAN, Respondent–Appellee.

No. 10–15067.

United States Court of Appeals, Ninth Circuit.

Sept. 27, 2011.

S. Jonathan Young, Williamson & Young, PC, Tucson, AZ, for Petitioner-Appellant.

Diane Leigh Hunt, Esquire, Acting Assistant Attorney General, Office of the Arizona Attorney General, Tucson, AZ, for Respondent-Appellee.

Before: BETTY B. FLETCHER and SIDNEY R. THOMAS, Circuit Judges.

### ORDER

The opinion filed on September 1, 2011 is hereby WITHDRAWN. The panel will issue a new opinion in due course. No petitions for rehearing or rehearing en banc will be entertained as to the withdrawn opinion. The parties will be afforded a renewed opportunity to file petitions for rehearing or rehearing en banc after the issuance of a new opinion.